RECEIVED
JUN - 2 2009
TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| BRAD BOUTIN | CIVIL ACTION NO. 07-0567 |
| VERSUS | JUDGE DOHERTY |
| NEWFIELD EXPLORATION CO., ET AL. | MAGISTRATE JUDGE HILL |

**MEMORANDUM RULING**

Pending before the Court is the Motion for Summary Judgment filed by defendants Fluid Crane and Construction, Inc. ("Fluid Crane") and State National Insurance Company ("State National") [Doc. 178]. Fluid Crane and State National seek summary judgment on grounds there is no genuine issue of material fact concerning Fluid Crane's lack of liability for plaintiff's accident. On June 1, 2009, plaintiff Brad Boutin filed a "Statement of No Opposition" to the instant motion for summary judgment [Doc. 203].

Therefore, the Motion for Summary Judgment filed by defendants Fluid Crane and Construction, Inc. and State National Insurance Company [Doc. 178], appearing to be well-founded in law and fact and being unopposed by the plaintiff, is hereby GRANTED, and all claims against defendants Fluid Crane and Construction, Inc. and State National Insurance Company are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _2_ day of June 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE