UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRAD BOUTIN, ET AL** | * **CIVIL ACTION NO: 6:07-CV-0567** |
| | * |
| **VERSUS** | * **JUDGE REBECCA F. DOHERTY** |
| | * |
| **GRASSO PRODUCTION** | * |
| **MANAGEMENT, CO** | * **MAG. JUDGE C. MICHAEL HILL** |

*********************************************************

## FINAL JUDGMENT

This matter came before a civil jury from August 30, 2010, through September 3, 2010. Presiding by agreement of all parties was the undersigned, C. Michael Hill, U.S. Magistrate Judge.   Present in Court were Frank Tomeny, III, John W. DeGravelles and Catherine Plauche representing the Plaintiffs, Brad Boutin, individually and as administrator on behalf of Christian Boutin Estate; and Edward F. Kohnke, IV, Robert M. Kallam and Michael B. North representing Westchester Fire Insurance Company (as insurer of Grasso Production Management, Co.). By stipulation of the parties as to their rights and interest, Louisiana Workers' Compensation Corporation was represented by David K. Johnson. The jury, having heard all of the evidence and considering all of the facts and law applicable thereto, returned a verdict in favor of Defendant, Westchester Fire Insurance Company (as insurer of Grasso Production Management, Co.).

Considering the jury's verdict:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of  Westchester Fire Insurance Company  (as insurer of Grasso Production Management, Co.) and against the Plaintiffs, Brad Boutin, individually and as administrator on behalf of Christian Boutin Estate, dismissing Plaintiffs' claims in this matter against Westchester Fire Insurance Company  (as insurer of Grasso Production Management, Co.) with prejudice, at Plaintiffs' cost;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claims of Louisiana Workers' Compensation Corporation against Plaintiff, Brad Boutin, and Westchester Fire Insurance Company (as insurer of Grasso Production Management, Co.)  be and are hereby dismissed with prejudice;

Lafayette, Louisiana this __13__ day of September, 2010.


_____
HONORABLE C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE